PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Remy Castillo                                                        Cr.: 21-00026-001
                                                                                       PACTS #: 387328

Name of Sentencing Judicial Officer:    THE HONORABLE RICHARD M. BERMAN
                                        UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/15/2014

Original Offense:   Count 2: Interference With Commerce By Threat Or Violence, 18:1951.F
                    Count 3: Violent Crime/Drugs/Machine Gun, 18:924C.F

Original Sentence: 85 months imprisonment, 60 months supervised release

Violation Hearing Date: 05/26/21

Violation Sentence: 6 months imprisonment, 4 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Mental Health Treatment, Drug Treatment, Other Financial Obligation, Alcohol Treatment, Consent to Search

Type of Supervision: Supervised Release                        Date Supervision Commenced: 10/08/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**<br><br>On October 20, 2021, Castillo admitted to using marijuana on October 9, 2021. |

Prob 12A – page 2<br>Remy Castillo

U.S. Probation Officer Action:

Castillo has been referred to the Oaks Integrated Care to be evaluated for mental health and substance abuse treatment. Additionally, the probation office has verbally reprimanded the offender and will increase our interactions and urine testing.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin P. Egli*

By:  KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

APPROVED:

*Afonso A. Fernandes*    *11/15/21*

AFONSO A. FERNANDES         Date
Senior U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/s/ Kevin McNulty
Signature of Judicial Officer

11/16/2021
Date